# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Shannon Tyrone Craig,  Civil No. 10-3122 PJS/AJB

      Plaintiff,

v.  **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

      Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 28, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff Shannon Tyrone Craig's application to proceed IFP is **denied** [Docket No. 2];

2. Plaintiff's motion filed August 4, 2010 is **denied** [Docket No. 4]; and

3. This action is **summarily dismissed** without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 10/18/10　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　United States District Judge